UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HP TUNERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BOBBIE CANNATA,<br><br>Defendant. | Case No.<br><br>3:19-ms-00003 |

### ORDER TO SHOW CAUSE

**WHEREAS,** Plaintiff HP Tuners, Inc. ("Plaintiff") moved for an order directing defendant Bobbie Cannata to show cause why she should not be held in contempt for failure to comply with a subpoena issued to her on September 11, 2018 in connection with the matter of *HP Tuners, Inc. v. Kevin Sykes-Bonnet, et. al.*, United States District Court for the Western District of Washington, Civil Action No. 3:17-cv-05760 BHS, (the "Subpoena") and be compelled to comply with the Subpoena;

**WHEREAS,** based upon these documents, the Court is satisfied that the Plaintiff has made a sufficient and proper showing in support of the relief sought in its application, and therefore:

**IT IS HEREBY ORDERED** that Bobbie Cannata shall appear before this Court on _____, 2019, at _____, in Courtroom _____ of the Bruce R. Thompson

LEE HIGH, LTD.
48 Ridge Street
Reno, NV 89501
(775) 324-1011

Federal Courthouse located at 400 S. Virginia Street, Reno, Nevada 89501, to show cause why the Court should not issue an Order:

    a. Holding Bonnie Cannata in contempt for failure to respond to the Subpoena;

    b. Awarding Plaintiff reasonable expenses and attorneys' fees;

    c. Directing Bonnie Cannata to produce all documents responsive to the Subpoena within her possession, custody, or control to Plaintiff no later than _____, 2019, or another date acceptable to Plaintiff; and

    d. Directing Bonnie Cannata to appear for testimony, to be held at Sunshine Litigation Services and Technologies, 151 Country Estates Cir., Reno, Nevada 89511, beginning at 10:00 a.m. on _____, 2019, or another date acceptable to Plaintiff.

And in the event that Bonnie Cannata fails to appear before this Court at the date and time set forth herein, granting the relief in the foregoing paragraphs (a) through (d).

**IT SO ORDERED.**

Dated:

_____
UNITED STATES DISTRICT JUDGE

LEE HIGH, LTD.
48 Ridge Street
Reno, NV 89501
(775) 324-1011